4

AO 440 (Rev. 1/90) Summons in a Civil Action

**United States District Court**
**Southern District of Texas**
FILED

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 3/15/04 | APR 0 9 2004 |
|---|---|---|
| NAME OF SERVER (PRINT) _Lisa Brodyaga_ | TITLE _Attorney_ | Michael N. Milby Clerk of Court |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served : _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _Cert Mail RRR_ _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __3/31/04__
          *Date*

_____
*Signature of Server*

Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586

*Address of Server*

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
John Ashcroft USAG
950 Penn. Ave NW
#5111
Wash. DC 20530-0001

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

MAR 1 5 2004

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
7003 1680 0005 7027 1988

102595-02-M-1540