IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ALFONSO ORTEGA-AGUIRRE § | |
|    Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. |
| § | B-04-45 |
| TOM RIDGE, SECRETARY, § | |
|    DEPARTMENT OF HOMELAND § | |
|    SECURITY, and § | |
| THE UNITED STATES OF AMERICA § | |
|    Respondents. § | |

### ORDER TO TRANSFER

The Defendants' unopposed motion to transfer is GRANTED. This case is transferred to the United States Court of Appeals for the Fifth Circuit pursuant to Pub. L. No. 109-13, 119 Stat. 231, Section 106. The clerk shall transmit the file forthwith.

Signed on 20 JUNE, 2005.

United States Magistrate Judge