```
                    ----------------              United States District Court
                      No. 05-60596                  Southern District of Texas
                    ----------------                         FILED

                                                          AUG 0 8 2006
ALFONSO ORTEGA-AGUIRRE
                                                        Michael N. Milby
                                                         Clerk of Court
            Petitioner

            v.

ALBERTO R GONZALES, U S ATTORNEY GENERAL

            Respondent
```

ENTRY OF DISMISSAL

Pursuant to petitioner's motion this petition for review is dismissed this 12th day of July, 2006, see FED. R. APP. P. 42(b).

```
                              CHARLES R. FULBRUGE III
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

                              By: /s/ Nancy Dolly
                                  Nancy Dolly, Deputy Clerk

                        ENTERED AT THE DIRECTION OF THE COURT
```

DIS-4

A true copy
Clerk, U.S. Court of Appeals, Fifth Circuit
By Deputy
New Orleans, Louisiana    JUL 1 2 2006