UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

ALFONSO ORTEGA-AGUIRRE, )
)
v. ) No. 05-60596
)
ALBERTO GONZALES, )
_____)

U.S. COURT OF APPEALS
FILED
JUN 1 5 2006
CHARLES R. FULBRUGE III
CLERK

### PETITIONER'S UNOPPOSED MOTION TO WITHDRAW APPEAL

Petitioner, through counsel, PURSUANT TO Rule 42, FRAP, hereby withdraws his appeal in the instant case. He has recently been convicted of an aggravated felony, and is no longer eligible for the relief he had requested. He therefore requests that the stay of removal ordered in his case be vacated, and that his appeal be withdrawn. Counsel has consulted with Rene Benavides, attorney for Respondent in the case at bar, who stated that he is not opposed to this motion.

Respectfully Submitted,

*/s/ Lisa S. Brodyaga*

Lisa S. Brodyaga
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226

United States District Court
Southern District of Texas
FILED
AUG 0 8 2006
Michael N. Milby
Clerk of Court

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed, first-class postage prepaid, to Rene Benavides, AUSA, 1701 W. Bus. 83, #600, McAllen, TX 78501, on June 12, 2006.