United States District Court
Southern District of Texas
FILED

AUG 0 8 2006

Michael N. Milby
Clerk of Court

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

B-04-Cv-45

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

U.S. COURT OF APPEALS
RECEIVED
AUG 0 2 2006
NEW ORLEANS, LA.

July 12, 2006

Mr E M Trominski
District Director
US Immigration & Naturalization Service
District Directors Office
1717 Zoy Street
Harlingen, TX 78552

         No. 05-60596 Ortega-Aguirre v. Gonzales
         USDC No.  A91 907 086

Enclosed is a certified copy of the judgment issued as the mandate.

Original papers are returned: 1 folder
(being returned to the United States District Court for the
 Southern District of Texas)

                          Sincerely,

                          CHARLES R. FULBRUGE III, Clerk

                    By: _____
                          Nancy Dolly, Deputy Clerk
                          504-310-7683

cc: w/encl:
    Ms Lisa M Putnam
    Ms Lisa S Brodyaga
    Mr Rene Carlo Benavides
    Mr Alberto R Gonzales
    Mr Thomas Ward Hussey
    Mr Caryl G Thompson
    Ms Jodilyn Marie Goodwin
    Mr James Lee Turner
    Mr Michael N Milby, Clerk

~~Houston~~ Brownsville

MDT-1